**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JAREK CHARVAT, Individually and on behalf of all others similarly situated,** | ) ) ) | **CASE NO. 8:12CV11** |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **ORDER** |
| **MUTUAL FIRST FEDERAL CREDIT UNION,** | ) ) ) ) | |
| **Defendant.** | ) | |

For the reasons stated in this Court's Memorandum and Order of July 2, 2012 (Filing

No. 15):

IT IS ORDERED:

1.     The Court lacks subject matter jurisdiction over the Plaintiff's action, and

2.     The Plaintiff's Complaint is dismissed, with prejudice.

DATED this 12th day of July, 2012.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge