IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAREK CHARVAT, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MUTUAL FIRST FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 8:12CV11<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss (Filing No. 45). The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulated Motion to Dismiss (Filing No. 45) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 31st day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge